No. 00–855. ANSELMO v. COLORADO ET AL. Dist. Ct. Colo., Arapahoe County. Certiorari denied.

No. 00–858. BAREFOOT, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF BAREFOOT, DECEASED v. THERMO INDUSTRIES, INC., ET AL. Ct. App. N. C. Certiorari denied.

No. 00–864. COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO, ET AL. v. AMERITECH BENEFIT PLAN COMMITTEE ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–870. TITTUS v. NATIONSBANK OF TEXAS, N. A., ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–871. CITY OF CHICAGO HEIGHTS ET AL. v. HARPER ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–873. LIPKO v. CHRISTIE. C. A. 2d Cir. Certiorari denied.

No. 00–889. SMITH v. WILLIAMS. C. A. 11th Cir. Certiorari denied.

No. 00–893. MILTON v. JACKSON PUBLIC SCHOOLS. C. A. 5th Cir. Certiorari denied.

No. 00–913. KERSEY v. CRANE ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 00–920. SOLOMON ET UX. v. MILBANK. C. A. 5th Cir. Certiorari denied.

No. 00–937. DOWNEY v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–990. GREEN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–5934. JONES v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 00–6007. STOECKER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.